**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

     Plaintiff,

v.                                                          CASE NO. 3:16cv579-MCR-CJK

GREGORY DEAN WILLIAMS,

     Defendant.

_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated June 23, 2017.  ECF No. 7.  The parties have been furnished

a copy of the Report and Recommendation and have been afforded an opportunity to

file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have

made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto

timely filed, I have determined that the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Okaloosa County Circuit Court Case No. 2013 CA 003424 is **REMANDED** to the state court from which it was removed.

3.      All pending motions are **DENIED AS MOOT**.

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of July, 2017.


          s/ *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **CHIEF UNITED STATES DISTRICT JUDGE**